**Marc M. Carlton, OSB #992375**
Marc.Carlton@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800
Facsimile: 971.712.2801

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **KARL L. BARNES,**<br><br>   Plaintiff,<br><br>v.<br><br>**GREYHOUND LINES, INC.,**<br><br>   Defendant. | Case No. 3:17-cv-01176<br><br>NOTICE OF REMOVAL FROM STATE COURT UNDER 28 U.S.C. §§ 1332, 1441, AND 1446<br><br>Multnomah County Case No. 17CV25880<br><br>DEMAND FOR JURY TRIAL – FRCP 38 |

TO:   CLERK OF THE UNITED STATES DISTRICT COURT FOR
          THE DISTRICT OF OREGON, PORTLAND DIVISION.

   PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, defendant Greyhound Lines, Inc. ("defendant" or "Greyhound"), hereby removes this civil action from the Circuit Court of the State of Oregon for Multnomah County to the United States District Court for the District of Oregon, Portland Division.  This Court has original jurisdiction over this case pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 because the amount in controversy exceeds $75,000, exclusive of interest and costs, and because the parties to the action are citizens of different states.  In support of this notice of removal, Greyhound states as follows:

/ / / /

NOTICE OF REMOVAL FROM STATE COURT UNDER 28 U.S.C. §§ 1332, 1441, AND 1446
1

**Lewis Brisbois Bisgaard & Smith LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

1. The present action was originally filed, and is now pending, in the Circuit Court of Oregon for Multnomah County, Case No. 17CV25880. The Complaint seeks to recover for claims arising out of plaintiff's alleged auto accident on June 26, 2015, in Portland, Oregon.

2. On information and belief, plaintiff is a resident of Oregon.

3. Defendant is a Delaware corporation with its principal place of business in Dallas, Texas.

4. This notice is filed within thirty (30) days after the action became eligible for removal by defendant.

5. Removal is sought within one year after this action was commenced. Plaintiff's state court action was commenced on June 21, 2017.

6. Under 28 U.S.C. § 1446(c), the amount in controversy for purposes of determining diversity jurisdiction is $643,869, exclusive of attorneys fees, costs, interest, and prevailing party fees.

7. Copies of all process, pleadings, and orders served on defendant in this matter are attached as Exhibit 1.

8. Defendant will promptly file a copy of this notice of removal with the clerk of the Circuit Court of the State of Oregon, Multnomah County, as required by 28 U.S.C. §1446(d), and will promptly provide written notice to counsel for plaintiff.

9. Defendant reserves all rights, including defenses and objections as to venue, personal jurisdiction, and service, and the filing of this notice of removal is subject to, and without waiver of, any such defenses and objections.

10. No party has previously applied for removal in this matter.

/ / / /

/ / / /

/ / / /

/ / / /

NOTICE OF REMOVAL FROM STATE COURT UNDER 28 U.S.C. §§ 1332, 1441, AND 1446
2

**Lewis Brisbois Bisgaard & Smith LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

11.     WHEREFORE, defendant provides notice that this action is removed to the United States District Court for the District of Oregon and that all further proceedings will be conducted in this court as provided by law.

DATED this 28th day of July, 2017.

        s/ Marc M. Carlton, OSB #992375
        Marc M. Carlton, OSB #992375
        LEWIS BRISBOIS BISGAARD & SMITH LLP
        888 SW Fifth Avenue, Suite 900
        Portland, Oregon 97204-2025
        Phone: 971-712-2800
        Fax: 971-712-2801
        Marc.Carlton@lewisbrisbois.com

        *Attorney for Defendant*

NOTICE OF REMOVAL FROM STATE COURT UNDER 28 U.S.C. §§ 1332, 1441, AND 1446
3

Lewis Brisbois Bisgaard & Smith LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801