6/21/2017 11:27:58 AM
17CV25880

OREGON CIRCUIT COURT
MULTNOMAH COUNTY

| | |
|---|---|
| KARL L. BARNES,<br><br>    Plaintiff,<br>vs.<br><br>GREYHOUND LINES, INC.,<br><br>    Defendant. | Case No.<br><br>COMPLAINT<br>(Personal Injury - Motor Vehicle)<br><br>NOT SUBJECT TO MANDATORY ARBITRATION - AMOUNT IN CONTROVERSY GREATER THAN $50,000<br><br>Prayer amount: $643,869<br>Filing fee: ORS § 21.160(1)(c) |

Plaintiff Karl L. Barnes ("Mr. Barnes") alleges that at all times material to this Complaint:

1.

Mr. Barnes was the lawfully restrained driver of a 2010 four door Lexus sedan.

2.

Northeast Lombard Street ("NE Lombard St.") was, and remains, a public road in Multnomah County, Oregon.

3.

On June 26, 2015 Mr. Barnes was at a complete stop in the right lane of NE Lombard St., waiting at the traffic signal to turn right onto southbound Northeast Martin Luther King, Jr. Boulevard ("NE MLK Blvd.,") also a public road in Multnomah County, Oregon.

4.

At the same time, a commercial passenger bus with a registered weight of more than 10,000 pounds, owned and/or operated by Defendant Greyhound Lines, Inc. ("Greyhound"),

COMPLAINT – Page 1

**EXHIBIT 1**
**Page 1 of 8**

Law Office of Cameron Carter
7506 SE 51st Ave    Portland, OR 97206
Phone: 503 395 5297    email: cameron@carterlawpc.com

driven by a Greyhound employee acting within the course and scope of his employment for Greyhound, was stopped at a red light in the left lane of NE Lombard St. at its intersection with NE MLK Blvd., alongside Mr. Barnes in the right lane.

5.

When the traffic light changed to green, Greyhound's bus turned right onto southbound NE MLK Blvd. from the left lane of NE Lombard St. As Greyhound's bus turned, it crossed abruptly into Mr. Barnes' lane of travel.

6.

The right side of Greyhound's bus collided with left side of Mr. Barnes' car, causing serious injury to Mr. Barnes, and damaging his car.

7.

Greyhound's bus didn't stop after crashing into Mr. Barnes, even though Greyhound's driver knew he had collided with Mr. Barnes and damaged his car, in violation of Oregon's felony "hit and run" law, ORS 811.700.

8.

Greyhound Lines, Inc. was negligent in one or more of the following ways:

a. Failing to operate only in the right lane while having a registered bus weight over 10,000 pounds, in violation of ORS § 811.325(1)(c);

b. failing to proceed as close as practicable to the right-hand side of NE Lombard St., in violation of ORS § 811.355(1);

c. turning when it was not reasonably safe to do so, in violation of ORS § 811.335(1)(a);

d. failing to operate within a single lane, and moving the bus without certainty that it was safe to move, in violation of ORS § 811.370(1);

e. changing lanes to the right when it was not safe to do so, in violation of ORS § 811.375(1)(a);

    f.    moving its bus from a stopped position when it was not safe to do so, in violation of ORS § 811.565(1).

9.

As a user of Oregon's public roads, Mr. Barnes was a member of the class intended to be protected by Oregon's "rules of the road" statutes set forth above, and Mr. Barnes suffered the type of harm Oregon's "rules of the road" statutes were intended to protect against.

10.

Greyhound's negligence was a substantial factor in causing the following reasonably foreseeable injuries to Mr. Barnes:

    a.    compressed cervical nerves, requiring neurosurgical intervention;

    b.    damage to his muscles, ligaments, tendons, nerves, and other soft tissue of his head, neck, shoulders, and back;

    c.    injured ankles, requiring surgery;

    d.    loss of mobility;

    e.    pain, discomfort, and suffering; and

    f.    inconvenience and interference with his usual and everyday activities.

11.

The physical injuries suffered by Mr. Barnes are either new injuries or aggravations of underlying conditions, or both. Some of Mr. Barnes' injuries are permanent.

12.

As a result of Greyhound's negligence, Mr. Barnes sustained the following noneconomic and economic damages:

    a.    non-economic harms and losses to date in the approximate sum of $497,500.00;

    b.    reasonable and necessary medical expenses to date in the approximate sum of $142,967.92;

COMPLAINT – Page 3     **EXHIBIT 1 Page 3 of 8**     Law Office of Cameron Carter
7506 SE 51st Ave   Portland, OR 97206
Phone: 503 395 5297   email: cameron@carterlawpc.com

1  c.  reasonable and necessary car repairs to date, in the approximate sum of $3,402.07.

**Prayer and requested relief**

Mr. Barnes prays for judgment against Greyhound Lines, Inc. as follows:

a.  non-economic harms and losses. in an amount determined by the jury to be fair and reasonable, but not less than $497,500.00;

b.  economic damages, in an amount determined by the jury to be fair and reasonable, but not less than $146,369.99;

c.  a prevailing party fee pursuant to ORS § 20.190;

d.  costs and disbursements incurred herein pursuant to ORCP 68;

e.  judgment interest pursuant to ORS § 82.010; and

f.  any other relief the Court deems just and equitable under the circumstances.

June 21, 2017

                                      LAW OFFICE OF CAMERON CARTER

                                      By: _____
                                        Cameron O. Carter, OSB # 066609
                                        *Attorney for Plaintiff*

                                        Trial Attorney: Same

COMPLAINT – Page 4       **EXHIBIT 1 / Page 4 of 8**       Law Office of Cameron Carter
7506 SE 51st Ave   Portland, OR 97206
Phone: 503 395 5297   email: cameron@carterlawpc.com

7/10/2017 11:08:03 AM
17CV25880

1
2
3
4
5

OREGON CIRCUIT COURT
MULTNOMAH COUNTY

6  KARL L. BARNES,                    Case No. 17CV25880

7         Plaintiff,

8     v.                              SUMMONS TO DEFENDANT
                                      GREYHOUND LINES, INC.
9  GREYHOUND LINES, INC.,

10        Defendant.

11                                    ORCP 7

12

13  **NOTICE TO DEFENDANT:
    READ THESE PAPERS CAREFULLY!**

14

15  A lawsuit has been filed against you in the court stated above by Karl L. Barnes

16  ("Plaintiff"). Plaintiff's legal claim(s) against you is/are stated in the written Complaint, a copy

17  of which is served upon you with this Summons.

18  You must "appear" in this case or the Plaintiff will win automatically. To "appear" you

19  must properly file with the court a written legal document called a "motion" or "Answer." The

20  "motion" or "Answer" must be given to the court clerk or court administrator within thirty (30)

21  days after the day you were served this Summons, along with the required filing fee. It must be

    in proper form and have "proof of service" on the Plaintiff's attorney.
22
    ///
23
    ///
24
    ///
25
    ///
26

SUMMONS – 1

**EXHIBIT 1
Page 5 of 8**

Law Office of Cameron Carter
7506 SE 51st Ave   Portland OR 97206
503 395 5297   cameron@carterlawpc.com

1    **You should contact an attorney immediately**. If you need help finding an attorney, you

2    may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in

3    Oregon at (800) 452-7636.

4    June 21, 2017

5                                       LAW OFFICE OF CAMERON CARTER

6

7                                       By: *[signature]*

                                         Cameron O. Carter, OSB # 066609

8                                         *Attorney for Plaintiff*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

7/10/2017 11:08:03 AM
17CV25880

## IN THE CIRCUIT COURT OF THE STATE OF OREGON
## FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| KARL L. BARNES, | |
| Plaintiff, | Case No. 17CV25880 |
| vs | |
| GREYHOUND LINES, INC., | |
| Defendant. | PROOF OF SERVICE |

State of Oregon )
                     ) ss.
County of Marion )

I, Debbie White, hereby certify that I am competent and over the age of 18 years, a resident of the State of Oregon and not a party to, employee of, nor an attorney in the above entitled cause and that I served a true copy of: *Summons; Complaint; Plaintiff's First Request for Production of Documents and Tangible Things to Greyhound Lines, Inc.*

Service Made Upon: **Greyhound Lines, Inc.,** by leaving such true copy with: Rylynn Poole, Person in Charge of Office for CT Corporation System, Registered Agent; @ 780 Commercial Street, SE, Suite #100, Salem, Oregon on July 6, 2017 at 10:57 AM.

EXHIBIT 1
Page 7 of 8

I hereby certify that the person served by me is the identical person named in the action.

Dated: July 6, 2017

_____
Debbie White
On-Call Legal Courier Services, LLC
PO Box 33841
Portland, OR 97292
(503) 880-2475

Page -2-Proof of Service/Greyhound Lines, Inc.

EXHIBIT 1
Page 8 of 8