**Marc M. Carlton, OSB #992375**
Marc.Carlton@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800
Facsimile: 971.712.2801

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **KARL L. BARNES,**<br><br>Plaintiff,<br><br>v.<br><br>**GREYHOUND LINES, INC.,**<br><br>Defendant. | Case No. 3:17-cv-01176-HZ<br><br>DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT<br><br>DEMAND FOR JURY TRIAL |

Defendant Greyhound Lines, Inc. ("Greyhound"), through counsel, responds to the allegations of plaintiff's complaint ("complaint").

## **ANSWER**

1.

Greyhound denies each and every allegation set forth in plaintiff's complaint unless expressly admitted or alleged herein.

2.

In response to paragraph 1 of the complaint, Greyhound lacks knowledge or information sufficient to admit or deny the truth of the allegations and denies on that basis.

DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT
1

Lewis Brisbois Bisgaard & Smith LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

3.

In response to paragraph 2 of the complaint, Greyhound admits that N.E. Lombard St. is a public road in Multnomah County, Oregon.

4.

In response to paragraphs 3 through 6 of the complaint, Greyhound lacks knowledge or information sufficient to admit or deny the truth of the allegations and denies on that basis.

5.

Greyhound denies the allegations contained in paragraphs 7 and 8 of the complaint.

6.

In response to paragraph 9 of the complaint, Greyhound lacks knowledge or information sufficient to admit or deny the truth of the allegations and denies on that basis.

7.

Greyhound denies the allegations contained in paragraphs 10 through 12 of the complaint.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

**(Failure to State a Claim)**

8.

The allegations in the complaint fail to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

**(Comparative Fault)**

9.

Plaintiff's injuries and damages, if any, were due to his own negligent acts or omissions.

/ / / /

/ / / /

/ / / /

DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT
2

**Lewis Brisbois Bisgaard & Smith LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

### THIRD AFFIRMATIVE DEFENSE

### (Apportionment of Fault)

10.

Pursuant to ORS 31.600(2), the jury shall compare the fault of plaintiff with the fault of any party against whom recovery is sought and the fault of any person with whom the claimant has settled.

### FOURTH AFFIRMATIVE DEFENSE

### (Cap on Noneconomic Damages)

11.

Plaintiff's noneconomic damages, if any, are capped at $500,000 under ORS 31.710.

### DEMAND FOR JURY TRIAL

Greyhound demands a jury trial.

WHEREFORE, Greyhound prays that plaintiff have and recover nothing of it; that this action be dismissed with prejudice; and that Greyhound have and recover of plaintiff its court costs, litigation expenses, reasonable attorneys' fees, and any other relief that the court deems just and proper.

DATED this 28th day of July, 2017.

s/ Marc M. Carlton, OSB #992375
Marc M. Carlton, OSB #992375
LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Phone: 971-712-2800
Fax: 971-712-2801
Marc.Carlton@lewisbrisbois.com

*Attorney for Defendant*

DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT
3

**Lewis Brisbois Bisgaard & Smith** LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801